No. 94–5218. Jackson v. United States. C. A. 5th Cir. Certiorari denied. ▮

No. 94–5219. Dominguez v. United States. C. A. 5th Cir. Certiorari denied. ▮

No. 94–5221. Maberry v. United States. C. A. 10th Cir. Certiorari denied. ▮

No. 94–5223. Marshall v. United States. C. A. 4th Cir. Certiorari denied. ▮

No. 94–5225. Moore v. United States. C. A. 10th Cir. Certiorari denied. ▮

No. 94–5226. Marin-Cardona v. United States. C. A. 11th Cir. Certiorari denied. ▮

No. 94–5227. Novene v. United States. C. A. 6th Cir. Certiorari denied. ▮

No. 94–5229. Laska v. United States. C. A. 6th Cir. Certiorari denied. ▮

No. 94–5230. Robertson v. United States. C. A. 10th Cir. Certiorari denied. ▮

No. 94–5231. Russell v. United States. C. A. 4th Cir. Certiorari denied. ▮

No. 94–5232. Stern v. United States. C. A. 3d Cir. Certiorari denied. ▮

No. 94–5233. Washington v. United States. C. A. 8th Cir. Certiorari denied. ▮

No. 94–5234. Vasquez-Lopez v. United States. C. A. 9th Cir. Certiorari denied. ▮

No. 94–5236. McGuire v. Farley, Superintendent, Indiana State Prison. C. A. 7th Cir. Certiorari denied. ▮

No. 94–5237. Lee v. North Carolina. Sup. Ct. N. C. Certiorari denied. ▮

No. 94–5238. Williams v. United States. C. A. 5th Cir. Certiorari denied. ▮